# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| SHERRI T. ANDREWS, | * | |
| Claimant, | * | |
| v. | * | CASE NO. 1:07-CV-148 WLS |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | * | |
| Defendant. | * | SOCIAL SECURITY APPEAL |

## RECOMMENDATION

Presently pending before the Court is Claimant's Attorney's Motion for Attorney's Fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412(d). As allowed by the EAJA, Petitioner has filed a motion for attorney fees and costs. Petitioner seeks an award of attorney's fees in the amount of $2,987.47, based upon an hourly rate of $167.74 for 8.20 attorney work hours and an hourly rate of $65.00 for 24.80 paralegal hours. As Plaintiff requested attorney's fees in her complaint, there does not appear to be a question of timeliness. The Defendant has no objection to the amount of fees requested in Claimant's Motion. Petitioner has also requested that the court stay his request for attorney's fees pursuant to 42 U.S.C. § 406(b) until such time as he is notified of the award of past due benefits, should that occur.

WHEREFORE, IT IS HEREBY RECOMMENDED that Petitioner's Motion for Attorney's fees pursuant to 28 U.S.C. § 2412 (d) be GRANTED, and that payment be forwarded to said Attorney in the amount of $2,987.47. It is further ORDERED that his

intention to seek attorney's fees pursuant to 42 U.S.C. § 406(b) be stayed until such time as he is notified of the award of past due benefits, should that occur. Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to the Recommendation with the United States District Judge within ten (10) days after being served a copy.

  **SO RECOMMENDED**, this 28th day of December, 2007.

            S/ G. MALLON FAIRCLOTH
            UNITED STATES MAGISTRATE JUDGE

mZc