**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | |
|---|---|
| SHERRI T. ANDREWS, | : |
| Claimant, | : |
| v. | : 1:07-CV-148 (WLS) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : |
| Defendant. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed August 14, 2008. (Doc. 21). It is recommended that Petitioner's Motion for Attorney's fees (Doc. 14) be GRANTED. (Doc. 19). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 21) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Attorney's fees (Doc. 14) is **GRANTED**. Therefore, it is hereby **ORDERED** that attorney's fees in the amount of **$18, 541.50** be paid to Attorney Charles Lee Martin, counsel for Claimant.

**SO ORDERED**, this  30th  day of September, 2008.

 /s/W. Louis Sands 
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**

1